IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZIZ YASIR ASIM ALI,

    Petitioner,                  No. 2:12-cv-1509 GGH P

    vs.

STATE OF CALIFORNIA,         <u>ORDER</u> &

    Respondent.            <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By order filed June 5, 2012, petitioner's complaint was reclassified as a petition for habeas corpus and was dismissed with twenty-one days' leave to file an amended petition. That period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.[1]

        IT IS HEREBY ORDERED that a district judge be assigned to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

---

[1] The order sent was returned to the court as undeliverable as petitioner is no longer in custody at Solano County Jail. It is petitioner's responsibility to update the court on his address.

1

1 days after being served with these findings and recommendations, petitioner may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Any response to the objections shall be filed and served
4 within fourteen days after service of the objections.  Petitioner is advised that failure to file
5 objections within the specified time may waive the right to appeal the District Court's order.
6 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 30, 2012

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

GGH: AB
ali1509.dis